

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2016

No. 04-15-00594-CR

Bo Jett **LITTLETON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR10770
Honorable Melisa Skinner, Judge Presiding

# O R D E R

The appellant's brief was originally due to be filed on February 4, 2016. We granted two prior extensions of time to file the brief. On May 24, 2016, appellant filed a third motion, requesting an extension of 30 days from the date of the filing of the motion. The motion is GRANTED. We ORDER appellant to file the brief **no later than June 23, 2016**. THIS IS THE **FINAL** EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED. If the brief is not timely filed, we will abate the case to the trial court for a hearing in accordance with Rule 38.8(b). *See* TEX. R. APP. P. 38.8(b).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of June, 2016.

_____
Keith E. Hottle
Clerk of Court